379 A.2d 610

Commonwealth v. Stroman, Appellant.

Submitted December 10, 1976.   Joseph C. Vignola, for appellant;  James C. Long, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.